IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 21-cv-01528-RMR-MEH

DOUGLAS F. CARLSON, and
MAYA ZUBKOVSKAYA

    Plaintiffs,

v.

COLORADO CENTER FOR REPRODUCTIVE MEDICINE,
FERTILITY LABS OF COLORADO, LLC, and
ROBERT L. GUSTOFSON, M.D.,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Findings of Fact and Conclusions of Law entered by United States District Judge Regina M. Rodriguez on September 30, 2024 [ECF No. 123] it is

ORDERED that Plaintiffs' Second Amended Complaint, [ECF No. 41] is DISMISSED without prejudice for lack of subject matter jurisdiction. It is

    This case will be closed.

Dated at Denver, Colorado this 30th day of September, 2024.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  By:   s/K. Myhaver
                                        K. Myhaver
                                        Deputy Clerk