IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DOUGLAS F. CARLSON, ) | Civil Action, |
| MAYA ZUBKOVSKAYA ) | File No. 21-01528-RMR-MEH |
|     Plaintiffs ) | |
|   v. ) | |
| ) | |
| COLORADO CENTER FOR ) | PLAINTIFFS' NOTICE OF APPEAL |
| REPRODUCTIVE MEDICINE, LLC, ) | |
| FERTILITY LABS OF COLORADO, LLC, ) | |
| ROBERT L. GUSTOFSON, M.D. ) | |
|     Defendants ) | |

Plaintiffs Douglas F. Carlson and Maya Zubkovskaya appeal to the United States Court of Appeals for the Tenth Circuit from this court's final judgment, ECF No. 124, entered on September 30, 2024.

Dated:  October 28, 2024

/s/ Douglas F. Carlson
DOUGLAS F. CARLSON
PO Box 191711
San Francisco CA 94119-1711
(415) 956-9567
doug.carlson@sbcglobal.net
*Pro se Plaintiff and*
*Attorney for Plaintiff Maya Zubkovskaya*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Plaintiffs' Notice of Appeal on October 28, 2024, using the CM/ECF system, which will send notification of this filing to the following e-mail addresses:

    Stephen J. Hensen
    steven.hensen@jacksonkelly.com, derek.belohrad@jacksonkelly.com

| | |
|---|---|
| Dated:  October 28, 2024 | /s/ Douglas F. Carlson<br>DOUGLAS F. CARLSON<br>PO Box 191711<br>San Francisco CA 94119-1711<br>(415) 956-9567<br>doug.carlson@sbcglobal.net<br>*Pro se Plaintiff and*<br>*Attorney for Plaintiff Maya Zubkovskaya* |